## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Riley H M Day**; DOB: 1997; United States<br>**Joseph Alexander Castillo**; DOB: 1988; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-09021MJ |

| Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(ii) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 22, 2026, in the District of Arizona, **Riley H M Day** and **Joseph Alexander Castillo**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Camilo Arce-Romero and Heriberto Noe Reyes-Sarmiento; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 22, 2026, in the District of Arizona (Rio Rico), Border Patrol Agents (BPAs) assigned to the Disrupt Unit were conducting surveillance in Rio Rico, Arizona near the intersection of Pendleton Drive and Calle Coyote. The Disrupt Unit consists of BPAs in plain clothes driving unmarked vehicles gathering intelligence by conducting covert surveillance operations to build cases against smuggling organizations. Rio Rico is a well-known staging and pick-up area for illegal aliens used by smuggling organizations due to its maze-like streets, dense brush, and quick access to major roadways. Smuggling organizations often use the brush to conceal illegal aliens from public view and law enforcement detection. At approximately 2:10 p.m., BPAs observed a black 2005 Toyota Corolla bearing Arizona license plate 0RA7A5 arrive and park at a location where two individuals were concealed in the brush. The front passenger of the Toyota, who was wearing a white shirt with graphics and shorts, exited the vehicle and jumped over a fence before making contact with the two individuals in the brush. A short time later, the passenger and the two individuals jumped back over the fence and entered the Toyota. The two individuals from the brush entered the rear seats of the vehicle. BPAs followed the Toyota as it made several turns on surface streets before entering State Route (SR) 82. Smuggling organizations commonly utilize SR 82 to access Interstate 10 while avoiding the immigration checkpoint located on Interstate 19. The BPA Disrupt Unit requested BPAs in a marked vehicle to perform a vehicle stop on the Toyota. A vehicle stop was initiated and the Toyota yielded near mile marker 9 on SR 82. An immigration inspection was performed on the driver, identified as **Riley H M Day**, and the front passenger, identified as **Joseph Alexander Castillo**, and BPAs determined them to be United States citizens. The two rear passengers, identified as Camilo Arce-Romero and Heriberto Noe Reyes-Sarmiento, were determined to be citizens of Mexico illegally present in the United States.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Camilo Arce-Romero and Heriberto Noe Reyes-Sarmiento

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 23, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**                                     26-09021MJ

Record checks revealed that Camilo Arce-Romero and Heriberto Noe Reyes-Sarmiento do not possess the proper documentation to enter, pass through, or remain in the United States legally.  While BPAs were taking Day into custody, she stated that she had ingested fentanyl earlier in the day.  Castillo stated that he was under the influence of crack cocaine.  Day and Castillo were transported to Holy Cross Hospital in Nogales for a medical evaluation.  During a search of the Toyota, BPAs discovered a pouch beneath the driver's seat that contained 17.8 grams of cocaine, 6.9 grams of Xanax, and 2.1 grams of Tadalafil.

Material witness Camilo Arce-Romero stated that he is a citizen of Mexico and that he knew it was illegal to cross the border and remain in the United States without the proper documents.  Arce-Romero claims that he did not pay a fee to be smuggled into the United States.  He made entry into the United States by himself, and a foot guide told him via cellphone to walk to a certain point in Nogales, Arizona.  After walking for three days and navigating with his cellphone, he was sent coordinates to the intersection of Calle Coyote and Pendleton Drive and told that a sedan would be picking him up from that location.  Once he arrived at the intersection, he noticed another individual hiding in the brush.  Arce-Romero was picked up by a black sedan that looked like a Toyota Yaris with one driver and one passenger. He asked the passenger if they were there to pick him up and the passenger said "Yes".  Arce-Romero described the driver of the vehicle as a female, and the passenger as a male.  They drove for a while before being stopped by Border Patrol and arrested.

Material witness Heriberto Noe Reyes-Sarmiento stated that he is a citizen of Mexico and that he knew that it was illegal to cross the border and remain in the United States without the proper documents.  He entered the United States by himself during daylight hours and was told to hide and wait to be picked up.  Reyes-Sarmiento was heading to Los Angeles, California to meet his family.